IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Newport News Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 4:23mj84 |
| | ) | |
| JOSIAH T. LANDROM, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT NOTICE REGARDING PROPOSED JURY INSTRUCTIONS**

In accordance with the Court's directive at ECF No. 31, the parties have conferred to address differences in jury instructions previously submitted to the Court. *See* ECF Nos. 20, 23.

The parties have reached an agreement regarding two instructions, specifically "Evidence Received in the Case–Stipulations, Judicial Notice, and Inferences Permitted" and "Within the special maritime and territorial jurisdiction of the United States"–Defined." *See* ECF No. 20, at 7-8, 26 (Government instructions 3 and 20) and ECF No. 23, at 9-10, 27 (Defense instructions 4 and 19). The parties ask this Court to replace the previously submitted instructions with the two instructions attached to this notice. *See* Exhibits 1 and 2.

The parties are unable to come to an agreement on the following instructions, and hereby file objections as to each:

Presumption of innocence
Criminal information not evidence
Credibility of witnesses
Statute defining the offense charged

Simple assault
Essential elements

*See* ECF Nos. 20, 23. The parties respectfully request the Court rule on the disputed

instructions after hearing the evidence presented in this case.

Finally, the parties have no objections to any remaining instructions as they appear

to be materially the same.

Respectfully submitted,


JOSIAH T. LANDROM


By: _____/s/_____
Virginia Bare
Assistant Federal Public Defender
Member of the Maryland Bar
Amanda Conner
Virginia Bar # 88317
Attorneys for Josiah T. Landrom
Office of the Federal Public Defender
500 East Main Street, Suite 500
Norfolk, Virginia 23510
Telephone: 757-457-0800
Facsimile: 757-457-0880
Email Addresses: ginnie_bare@fd.org
                         amanda_conner@fd.org