**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

FILED

MAY - 9 2024

CLERK U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA )
)
)
v. ) DOCKET NO. 4:24-MJ-84
) (Petty)
JOSIAH T. LANDROM ) VA 19
)
) Court Date: May 21, 2024
) Time: 8:30 a.m.

### SUPERSEDING CRIMINAL INFORMATION

#### COUNT ONE
(Petty)  Ticket No.E1249180

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 26, 2023, at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, JOSIAH T. LANDROM did unlawfully commit a simple assault upon E.R.H. (In violation of Title 18 United States Code, Section 113(a)(5).

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
JUSTIN G. ADAMS
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-5973
Fax: (757) 878-3442
Justin.g.adams9.mil@army.mil

## CERTIFICATE OF SERVICE

I certify that on May 9 , 2024, I served a true copy of the foregoing CRIMINAL

INFORMATION on Virginia Bare, counsel for the defendant JOSIAH T. LANDROM.

JUSTIN G. ADAMS
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone:  (757) 878-5973
Fax:  (757) 878-3442
Justin.g.adams9.mil@army.mil